UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**UNITED STATES OF AMERICA**

v.  Case Nos.     3:10cr68/LAC/CJK
                                                             3:11cv238/LAC/CJK

**JAMES LEE BAILEY**
_____/

## ORDER

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated March 7, 2014 (doc. 124).  Defendant has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  No objections have been filed.

Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The amended motion to vacate, set aside, or correct sentence (doc. 103) is **DENIED**.
2. A certificate of appealability is **DENIED**.

**DONE AND ORDERED** this 8th day of April, 2014.

                                             *s/L.A. Collier*
                                             **LACEY A. COLLIER**
                                             **SENIOR UNITED STATES DISTRICT JUDGE**